```
FILED BY _____ D.C.

     APR - 8 2010

   STEVEN M. LARIMORE
   CLERK U.S. DIST. CT.
   S.D. OF FLA. FT. LAUD.
```

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

_____
                                    )   09-CV-60412-PCH
                                    )
IN RE YOPLUS MARKETING              )   MDL Docket No. _____
LITIGATION                          )
                                    )
_____)


MOTION OF DEFENDANTS GENERAL MILLS, INC.
AND YOPLAIT USA, INC. FOR TRANSFER AND PRETRIAL
COORDINATION OR CONSOLIDATION PURSUANT TO 28 U.S.C. § 1407

General Mills, Inc. and Yoplait USA, Inc. (collectively, "General Mills") move the Judicial Panel on Multidistrict Litigation under 28 U.S.C. § 1407 for an order to transfer for pretrial coordination or consolidation four civil actions that share common questions of fact but are pending in four separate districts. The four actions include a class action that has been pending in the Southern District of Florida for over one year, and three copycat actions against the same defendants filed this January in other jurisdictions. General Mills hereby requests that the Panel issue an order (a) transferring to the United States District Court for the Southern District of Florida the three actions subject to this motion that are not already pending in that Court, and, with the consent of that Court, assigning those three actions to the Honorable Paul C. Huck, who is presiding over the *Fitzpatrick* action currently pending in the Southern District of Florida; and (b) coordinating or consolidating pretrial proceedings in the four actions pursuant to 28 U.S.C. § 1407. A schedule identifying the four actions is submitted herewith.[1]

In support of the transfer and consolidation of these actions, General Mills states the following, as more fully set forth in the accompanying supporting memorandum:

1.      As required by 28 U.S.C. § 1407(a), the cases proposed for transfer and consolidation are pending in different districts and "involv[e] one or more common questions of fact." The complaints in all four actions contain virtually identical factual allegations, each premised on the central assertion that General Mills misleadingly marketed YoPlus, one of its yogurt products, by representing that YoPlus has digestive health benefits superior to regular

---

[1] The actions subject to this motion are (1) *Fitzpatrick v. General Mills, Inc.* No. 09-60412 (S.D. Fla. filed Mar. 17, 2009), (2) *Brock v. General Mills, Inc.*, No. 10-00060 (N.D. Ohio filed Jan. 12, 2010), (3) *Johnson v. General Mills, Inc.*, No. 10-00061 (C.D. Cal. filed Mar. 15, 2010), and (4) *Amin v. General Mills, Inc.*, No. 10-00305 (D. N.J. filed Mar. 29, 2010). Courtesy copies of each operative complaint are submitted as Appendices 1-4 of this motion, and are cited as "*Fitzpatrick* Compl.," "*Brock* Compl.," "*Johnson* FAC" and "*Amin* FAC."

yogurt. Moreover, each of the complaints alleges claims for relief under state consumer protection laws as well as claims for breach of express warranty. In addition, the proposed classes could have at least some overlap of members because they are based on the state of purchase of the yogurt, rather than the state of residence of the purchaser.

2. Transfer for coordination or consolidation also will be convenient for the parties and witnesses because common pretrial matters such as depositions and document discovery can occur in an orderly, non-duplicative fashion based on coordinated proceedings in a single forum.

3. Given this significant overlap among the cases as to factual questions and claims for relief, transfer and coordination also will promote the just and efficient conduct of the actions. Consolidation of the actions before a single court will eliminate duplicative discovery activity, prevent duplicative and conflicting pretrial rulings, conserve judicial resources, reduce the costs of litigation, and allow the cases to proceed more efficiently to trial.

4. Finally, General Mills respectfully suggests that the three actions not already pending in the Southern District of Florida should be transferred to that Court, and that the Honorable Paul C. Huck preside over all of the actions. The *Fitzpatrick* case, which is pending in the Southern District of Florida, is by far the earliest-filed and most advanced action. Unlike the other actions, *Fitzpatrick* has been active for many months and Judge Huck is familiar with the core facts underlying the actions. The docket conditions in the Southern District of Florida also are favorable and indicate that the forum would be beneficial to both the parties and the judiciary.

5. This motion is based on the Memorandum filed by General Mills this day, the pleadings and papers on file herein, and such other matters as may be presented to the Panel at the time of hearing.

Dated: April 7, 2010                                    Respectfully submitted,

                                                    /s/ Randall W. Edwards  
                                              Randall W. Edwards  
                                              O'MELVENY & MYERS LLP  
                                              Two Embarcadero Center, 28th Floor  
                                              San Francisco, CA 94111  
                                              (415) 984-8700 (phone)  
                                              (415) 984-8701 (fax)

                                              Brian C. Anderson  
                                              Christopher D. Catalano  
                                              O'MELVENY & MYERS LLP  
                                              1625 Eye Street, N.W.  
                                              Washington, D.C. 20006  
                                              (202) 383-5300 (phone)  
                                              (202) 383-5414 (fax)

                          *Attorneys for General Mills, Inc. and Yoplait USA, Inc.*

## APPENDIX

1. Docket Sheet and First Amended Complaint in *Johnson v. General Mills, Inc. et al.*, C.D. Cal. Case No. SACV-10-00061 CJC (ANx)

2. √ Docket Sheet and Complaint in *Fitzpatrick v. General Mills, Inc. et al.*, S.D. Fla. Case No. 09CV-60412-PCH

3. Docket Sheet and First Amended Complaint in *Amin v. General Mills, Inc. et al.*, N.J.D.C. Case No. 2:10-cv-00305 FSH-PS

4. Docket Sheet and Complaint in *Brock v. General Mills, Inc. et al.*, N.D. Ohio Case No. 10-CV-00060

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| IN RE YOPLUS MARKETING LITIGATION | ) ) ) ) MDL Docket No. _____ ) ) ) |

## CERTIFICATE OF SERVICE

I, Wendy Benson, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is Two Embarcadero Center, 28th Floor, San Francisco, California 94111-3823. On April 7, 2010, I served the within documents on the following United States District Court Clerks:

- **MOTION OF DEFENDANTS GENERAL MILLS, INC. AND YOPLAIT USA, INC'S FOR TRANSFER AND PRETRIAL COORDINATION OR CONSOLIDATION PURSUANT TO 28 U.S.C. § 1407**

- **MEMORANDUM IN SUPPORT OF DEFENDANTS GENERAL MILLS, INC. AND YOPLAIT USA, INC.'S MOTION FOR TRANSFER AND PRETRIAL COORDINATION OR CONSOLIDATION PURSUANT TO 28 U.S.C. § 1407**

- **DECLARATION OF RANDALL W. EDWARDS IN SUPPORT OF DEFENDANTS GENERAL MILLS, INC. AND YOPLAIT USA, INC.'S MOTION FOR TRANSFER AND PRETRIAL COORDINATION OR CONSOLIDATION PURSUANT TO 28 U.S.C. § 1407**

- **SCHEDULE OF ACTIONS**

- **DEFENDANTS GENERAL MILLS, INC. AND YOPLAIT USA, INC.'S STATEMENT OF REASONS WHY ORAL ARGUMENT SHOULD BE HEARD**

- **DEFENDANTS GENERAL MILLS, INC. AND YOPLAIT USA, INC.'S CORPORATE DISCLOSURE STATEMENT**

| | |
|---|---|
| X | by putting a true and correct copy thereof, together with an unsigned copy of this declaration, in a sealed envelope designated by the carrier, with delivery fees paid or provided for, for delivery the next business day to the person(s) listed below, and placing the envelope for collection today by the overnight courier in accordance with the firm's ordinary business practices. I am readily familiar with this firm's practice for collection and processing of overnight courier correspondence. In the ordinary course of business, such correspondence collected from me would be processed on the same day, with fees thereon fully prepaid, and deposited that day in a box or other facility regularly maintained by Federal Express, which is an express carrier. |

The Clerk of the Court
United States District Court for the Central District of California,
Southern Division
411 West Fourth Street, Room 1053
Santa Ana, CA 92701-4516

The Clerk of the Court
United States District Court for the Southern District of Florida
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue, 8th Floor
Miami, FL 33128

The Clerk of the Court
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, NJ 07101

The Clerk of the Court
United States District Court for the Northern District of Ohio
Carl B. Stokes United States Court House
801 West Superior Avenue
Cleveland, Ohio 44113-1830

-3-

I further certify on April 7, 2010, copies of the above-referenced documents were also served on the following:

| | |
|---|---|
| X | by putting a true and correct copy thereof, together with an unsigned copy of this declaration, in a sealed envelope designated by the carrier, with delivery fees paid or provided for, for delivery the next business day to the person(s) listed below, and placing the envelope for collection today by the overnight courier in accordance with the firm's ordinary business practices. I am readily familiar with this firm's practice for collection and processing of overnight courier correspondence. In the ordinary course of business, such correspondence collected from me would be processed on the same day, with fees thereon fully prepaid, and deposited that day in a box or other facility regularly maintained by Federal Express, which is an express carrier. |
| X | by causing the document(s) to be emailed or electronically transmitted to the person(s) at the email addresses set forth below, pursuant to a court order or an agreement of the parties to accept service by email or electronic transmission. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. |

Blood Hurst & O'Reardon LLP
Timothy G. Blood
Leslie E. Hurst
Thomes J. O'Reardon II
600 B Street, Suite 1550
San Diego, CA 92101
tblood@bholaw.com
lhurst@bholaw.com
toreardon@bholaw.com

*Attorneys for Plaintiff Julie Fitzpatrick* **(S.D. Fla. Case No. 09-CV-60412-PCH)**
*Attorneys for Plaintiff Jeremiah Johnson* **(C.D. Cal. Case No. SACV-10-00061)**
*Attorneys for Plaintiff Melissa Brock* **(N.D. Ohio Case No. 10-CV-00060)**

Robbins Geller Rudman & Dowd LLP
Cullin A. O'Brien
Johnathan M. Stein
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
cobrien@rgrdlaw.com
jstein@rgrdlaw.com

*Attorneys for Plaintiff Julie Fitzpatrick* **(S.D. Fla. Case No. 09CV-60412-PCH)**
*Attorneys for Plaintiff Jeremiah Johnson* **(C.D. Cal. Case No. SACV-10-00061)**

Balkan & Patterson, LLP
John B. Patterson
Adam M. Balkan
601 South Federal Highway, Suite 302
Boca Raton, FL 33431
john@balkanpatterson.com

*Attorneys for Plaintiff Julie Fitzpatrick* **(S.D. Fla. Case No. 09CV-60412-PCH)**
*Attorneys for Plaintiff Melissa Brock* **(N.D. Ohio Case No. 10-CV-00060)**


Shepherd Finkelman Miller & Shah, LLP
Jayne A. Goldstein
1640 Town Center Circle, Suite 216
Weston, FL 33326
jgoldstein@sfmslaw.com

*Attorneys for Plaintiff Julie Fitzpatrick* **(S.D. Fla. Case No. 09CV-60412-PCH)**


Shepherd, Finkelman, Miller & Shah, LLP
James C. Shah
Nathan C. Zipperian
475 White Horse Pike
Collingswood, NJ 08107-1909
jshah@sfmslaw.com

*Attorneys for Plaintiff Nipul S. Amin* **(N.J.D.C. Case No. 2:10-cv-00305-FSH-PS)**


Gilman and Pastor, LLP
David Pastor
63 Atlantic Avenue, 3rd Floor
Boston, MA 02110
dpastor@gilmanpastor.com

*Attorneys for Plaintiff Julie Fitzpatrick* **(S.D. Fla. Case No. 09CV-60412-PCH)**

Frank Piscitelli Co. LPA
Frank E. Piscitelli, Jr.
55 Public Square, Suite 1950
Cleveland, OH 44113
frank@fcplaw.com

*Attorneys for Plaintiff Julie Fitzpatrick* **(S.D. Fla. Case No. 09CV-60412-PCH)**
*Attorneys for Plaintiff Melissa Brock* **(N.D. Ohio Case No. 10-CV-00060)**


Climaco, Lefkowitz, Peca, Wilcox, Garofoli Co., LPA
John R. Climaco
Patrick G. Warner
55 Public Square, Suite 1950
Cleveland, OH 44113
jrclim@climacolaw.com
pgwarn@climacolaw.com

*Attorneys for Plaintiff Julie Fitzpatrick* **(S.D. Fla. Case No. 09CV-60412-PCH)**


Emerson Poynter LLP
Gina M. Dougherty
Scott E. Poynter
500 President Clinton Avenue
Suite 305
Little Rock, AR 72201
gdougherty@emersonpoynter.com
scott@emersonpoynter.com

*Attorneys for Plaintiff Julie Fitzpatrick* **(S.D. Fla. Case No. 09CV-60412-PCH)**


Scott Kalish Co., LLC
D. Scott Kalish
405 Western Reserve Building
1468 West 9th Street, Suite 405
Cleveland, Ohio 44113
scottkalishcollc@cs.com

*Attorneys for Plaintiff Melissa Brock* **(N.D. Ohio Case No. 10-CV-00060)**

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on April 7, 2010, at San Francisco, California.

_____
Wendy Benson