UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-CV-60412-HUCK/BANDSTRA

JULIE FITZPATRICK, on Behalf of
herself and All Others Similarly Situated,

    Plaintiff,

  v.

GENERAL MILLS, INC. and YOPLAIT
USA, INC.,

    Defendants.

**STIPULATION AND JOINT MOTION FOR VOLUNTARY DISMISSAL
PURSUANT TO RULE 41(a)(1)(A)(ii) AND INCORPORATED
<u>MEMORANDUM OF LAW IN SUPPORT THEREOF</u>**

The parties, Plaintiff Julie Fitzpatrick and Defendants General Mills, Inc. and Yoplait USA, Inc., through their undersigned counsel, submit this stipulation and joint motion requesting that the above-captioned action be voluntarily dismissed with prejudice pursuant to Federal Rules of Civil Procedure 23(e) and 41(a)(1)(A)(ii).

On June 17, 2013, the Honorable Cormac J. Carney entered an order granting final approval of a nationwide class action settlement providing cash payments to purchasers of Yo-Plus in exchange for a release of claims. *Johnson v. General Mills, Inc.*, No. 8:10-cv-00061-CJC-AN (C.D. Cal.) (C.D. Cal. June 17, 2013) (final approval orders attached hereto as Exs. A-B). As Judge Carney stated in granting final approval, the Stipulation of Settlement "requires General Mills to create a non-reversionary settlement fund of $8.5 million to be distributed to class members on a claims-made basis. Yo-Plus purchasers may obtain $4 for each unit of Yo-Plus they purchased." *See* Ex. A at 2-3. Purchasers may seek recovery for up to 13 units without submitting proofs of purchase. Furthermore, "[a]ny unclaimed amount will be distributed *cy pres*." *Id.* at 3. "The settlement amount also includes the costs of notice and administration, an award of attorneys' fees, and incentive awards for Plaintiff as well as the named plaintiffs in the three related federal actions." *Id.*

Judge Carney found, *inter alia*, that the Settlement is "fair, reasonable, and adequate," and that the extensive, nationwide class notice plan satisfies Rule 23. *See* Ex. A at 8-9. The Stipulation of Settlement granting final approval in *Johnson* is attached hereto as Exhibit C, and the declarations regarding the nationwide notice provided to absent class members in advance of the June 17, 2013 final approval hearing are attached hereto as Exhibits D-F.

As attested by the Settlement Administrator, the Settlement's Class Notice Plan was executed pursuant to Judge Carney's orders, and it exceeded original estimates by generating over 400 million impressions through just the banner advertisement campaign. *See* Ex. D (Supplemental Declaration of Jennifer M. Keough in Support Regarding Notice and Settlement Administration), ¶5; *see also* Exs. E-F (declarations of Jennifer M. Keough regarding the Class Notice Plan and Settlement administration). The deadline to object to or opt out of the

Settlement was May 18, 2013. There were no objections or opt outs to the Settlement. As Judge Carney noted, "The reaction of class members to the proposed settlement, or perhaps more accurately the absence of a negative reaction, strongly supports settlement." *See* Ex. A at 8 (citation omitted); *accord In re Terazosin Hydrochloride Antitrust Litig*., No. 99-MDL-1317-SEITZ/KLEIN, 2005 U.S. Dist. LEXIS 43082, at *9 (S.D. Fla. Apr. 19, 2005) ("… [T]he absence of a single exclusion or objection is a strong indication that the Settlement is fair, reasonable, and adequate."). Here, given the Settlement's extensive Class Notice Plan, and given the absence of objectors, there presumption that the Settlement is fair, reasonable, and adequate is particularly compelling.

Judge Carney's approval of the Settlement under Rule 23(e), s*ee* Ex. B, ¶11, not only resolves the *Johnson* litigation, but resolves three related actions as well, including this action. *See* Ex. C, §I.A. Pursuant to the Stipulation of Settlement, the parties must take all necessary steps to secure the dismissal of the related actions, including this action, with prejudice. *Id.*, §I.H. Accordingly, given Judge Carney's determination that the nationwide Settlement is fair, reasonable, and adequate, given the extensive Class Notice Plan, which Judge Carney found satisfies the requirements of Rule 23(e), and given the absence of a single opt out of or objection to the Settlement, the parties stipulate to voluntary dismissal of the above-captioned action with prejudice pursuant to Federal Rules of Civil Procedure 23(e) and 41(a)(1)(A)(ii).

Respectfully submitted,

Dated: July 8, 2013    ROBBINS GELLER RUDMAN
  & DOWD LLP
CULLIN A. O'BRIEN
Fla. Bar No. 0597341
STUART A. DAVIDSON
Fla. Bar No. 0084824
MARK J. DEARMAN
Fla. Bar No. 982407

By:   *s/Cullin A. O'Brien*
CULLIN A. O'BRIEN

120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
cobrien@rgrdlaw.com
sdavidson@rgrdlaw.com
mdearman@rgrdlaw.com

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (*pro hac vice*)
THOMAS J. O'REARDON II (*pro hac vice*)
701 B Street, Suite 1700
San Diego, CA  92101
Telephone:  619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com

BALKAN & PATTERSON, LLP
ADAM BALKAN
JOHN PATTERSON
601 S. Federal Highway, Suite 302
Boca Raton, FL  33432
Telephone:  561/750-9191
561/750-1574 (fax)
adam@balkanpatterson.com
john@balkanpatterson.com

POMERANTZ GROSSMAN HUFFORD
  DAHLSTROM & GROSS, LLP
JAYNE A. GOLDSTEIN
1792 Bell Tower Lane, Suite 203
Weston, FL  33326
Telephone: 954/315-3454
954/315-3455 (fax)
jagoldstein@pomlaw.com

CLIMACO, WILCOX, PECA, TARANTINO
  & GAROFOLI CO., L.P.A.
JOHN R. CLIMACO
55 Public Square, Suite 1950
Cleveland, OH  44113
Telephone:  216/621-8484
216/771-1632 (fax)

4

                                      FRANK PISCITELLI CO., LPA
                                      FRANK E. PISCITELLI, JR.
6151 Wilson Mills Road, Suite 110
Highland Heights, OH  44143
Telephone:  216/931-7000
216/931 9925 (fax)

GILMAN AND PASTOR, LLP
DAVID PASTOR
63 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Telephone:  617/742-9700
617/742-9701 (fax)

*Attorneys for Plaintiff*

Dated:  July 8, 2013               CARLTON FIELDS, P.A.
ANGELA T. PUENTES-LEON (0524621)
WENDY F. LUMISH (334332)
AMY LANE HURWITZ (343810)


By:   *s/Angela T. Puentes-Leon*
       ANGELA T. PUENTES-LEON

Miami Tower
100 Southeast Second Street, Suite 4200
Miami, FL 33131
Telephone: 305/530-0050
305/530-0055 (fax)
apuentes@carltonfields.com
wlumish@carlstonfields.com
ahurwtiz@carltonfields.com

BLACKWELL BURKE P.A.
JERRY W. BLACKWELL (*pro hac vice*)
BENJAMIN W. HULSE (*pro hac vice*)
COREY L. GORDON (*pro hac vice*)
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Telephone: 612/343-3256
612/343-3205 (fax)
jblackwell@blackwellburke.com
bhulse@blackwellburke.com
cgordon@blackwellburke.com

*Attorneys for Defendants*

5

## **ECF CERTIFICATION**

The filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to this document.

DATED:  July 8, 2013                                         *s/Cullin A. O'Brien*
                                                                               CULLIN A. O'BRIEN

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed July 8, 2013.

*s/Cullin A. O'Brien*
CULLIN A. O'BRIEN
